UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-

04  11825 NMG

| | |
|---|---|
| G. DAVID IVERSON and<br>ACCESS WITH SUCCESS<br><br>Plaintiffs<br><br>v.<br><br>CITY OF BOSTON<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF
ACCESS WITH SUCCESS, INC. PURSUANT TO LOCAL RULE 7.3**

[This form to be completed and filed only by non-governmental corporate parties. Check appropriate box.]

_____ The filing party, a non-governmental corporation, identifies the following parent companies (list name and addresses of each publicly held corporation that controls the filling party, directly or through others, or owns 10% or more of the party's stock):

**Not Applicable**

_____ The filing party identifies the following publicly held corporations with which a merger agreement with the party exists:

**Not Applicable**

__X__ The filing party has no parent companies or merger agreements with publicly held corporations.

Respectfully submitted,

The Plaintiffs,
ACCESS WITH SUCCESS, INC., and
G. David Iverson

By their Attorney,

_____
Nicholas S. Guerrera, BBO#551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978)689-0800

Dated: August 18, 2004