AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

G. David Iverson, et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04 11825 NMG

City of Boston

TO: (Name and address of defendant)

Rosaria Salerno, City Clerk
City of Boston
City Hall
One City Hall Square
Boston, MA  02201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas S. Guerrera, Esq.
Shaheen Guerrera & O'Leary, LLC
820A Turnpike Street
North Andover, MA  01845

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS
CLERK

AUG 20 2004
DATE

(BY) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

September 22, 2004
I hereby certify and return that on 9/13/2004 at 8:45AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Jim Carrusso, Justice of the Peace, for City of Boston, at c/o Rosaria Salerno, City Clerk, City Hall Plaza, Boston, MA 02201. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

_____
Deputy Sheriff

Deputy Sheriff George Slyva

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                          Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure