UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO.** 04-CV-11825-NMG

G. DAVID IVERSON and
ACCESS WITH SUCCESS, INC.
    Plaintiffs,

v.

CITY OF BOSTON,
    Defendant.

**DEFENDANT'S ASSENTED-TO MOTION
TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS
PURSUANT TO FED.R.CIV.P. 6(B).**

   NOW COMES the Defendant, who respectfully moves this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file a responsive pleading. As grounds for his motion, the Defendant states that:

1. The Plaintiffs have assented to the Defendant's request for more time to file responsive pleadings (Rule 7.1 certification included below);

2. Undersigned counsel requires additional time to investigate the Complaint and draft responsive pleadings;

3. The Defendant requests an extension until October 26, 2004, to file a response to Plaintiffs' Complaint; and,

4. Allowing this motion will not prejudice any party to the action and permitting the Defendant an extension to file responsive pleadings to Plaintiffs' Complaint will further the interests of justice.

WHEREFORE, the Defendant respectfully requests that this Honorable Court allow its motion to extend time to file responsive pleadings, and set the date for filing of responsive pleadings on or before October 26, 2004.

                                  Respectfully submitted,

                                  DEFENDANT, CITY OF BOSTON

                                  Merita A. Hopkins
                                  Corporation Counsel

                                  By its attorney:

                                  <u>/s/ Kate Cook</u>
                                  Kate Cook   BBO# 650698
                                  Susan Weise BBO# 545455
                                  Assistant Corporation Counsel
                                  City of Boston Law Department
                                  Room 615, City Hall
                                  Boston, MA 02201
                                  (617) 635-4022 (Cook)
                                  (617) 635-4040 (Weise)

<u>7.1 Certification</u>

Undersigned counsel certifies that on October 5, 2004, pursuant to LR, D. Mass. 7.1(a)(2), she spoke with Plaintiffs' counsel Nicholas S. Guerrera, Esq., who assented to the Defendant's request for more time to file responsive pleadings.

Date: 10/5/04                         <u>/s/ Kate Cook</u>
                                        Kate Cook