UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-11825-NMG

G. DAVID IVERSON and
ACCESS WITH SUCCESS, INC.
    <u>Plaintiffs</u>,

v.

CITY OF BOSTON,
    <u>Defendant</u>.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I hereby certify that undersigned counsel for the Defendant, City of Boston, discussed the above motion with Nicholas S. Guerrera via telephone on October 25, 2004, both in a good faith effort to resolve and narrow the issues presented by said motion, but that counsel were unable to confer or to resolve the issues prior to filing of the motion.

DEFENDANT, CITY OF BOSTON

Merita A. Hopkins
Corporation Counsel

By its attorney:

<u>/s/ Kate Cook</u>
Kate Cook   BBO# 650698
Susan Weise BBO# 545455
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022 (Cook)
(617) 635-4040 (Weise)