UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**G. DAVID IVERSON**                )
and **ACCESS WITH SUCCESS, INC.,**  )
                                    )
    **Plaintiffs**          )
  v.                            )
                                    )   **CIVIL ACTION NO.: 04-CV-11825-NMG**
**CITY OF BOSTON,**                 )
**MASSACHUSETTS,**                  )
                                    )
    **Defendant**           )
_____)

**AMEMDED SECOND ASSENTED TO MOTION OF THE PLAINTIFFS
(WITH MEMORANDUM OF REASONS) TO ENLARGE TIME
<u>IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS</u>**

    The plaintiffs respectfully move the Court under Fed. R. Civ. P. 6(b) for an order enlarging the time in which to respond to the defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6). As grounds for their motion, the plaintiffs state as follows:

1. The defendant's motion was filed and served electronically on October 25, 2004;

2. Under Local Rule 7.1(B)(2) an opposition would be due on November 9, 2004;

3. The plaintiffs believe that they have meritorious arguments against the motion;

4. Plaintiff's counsel requires additional time to prepare an opposition brief and affidavits;

5. The defendant has assented to an enlargement of time up to and including, Tuesday, November 30, 2004.

WHEREFORE, the plaintiffs respectfully request that the Court will enter an order enlarging the time in which they may oppose the defendant's motion until to November 30, 2004.

1

        Respectfully submitted,
        The Plaintiffs, G. David Iverson, et al,

        By their Attorney,

Dated: November 18, 2004

        /s/ NicholasS.Guerrera_____
        Nicholas S. Guerrera, BBO# 551475
        Shaheen, Guerrera & O'Leary, LLC
        Jefferson Office Park
        820A Turnpike Street
        North Andover, MA 01845
        (978) 689-0800

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail pursuant to Fed. R. Civ. P. 5.

        /s/ NicholasS.Guerrera_____
        Nicholas S. Guerrera

Dated: November 18, 2004