UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| G. DAVID IVERSON and <br> ACCESS WITH SUCCESS, INC., <br><br> Plaintiffs <br><br> v. <br><br> THE CITY OF BOSTON <br><br> Defendant | CIVIL ACTION NO. 04-CV-11825-NMG |

**MOTION FOR LEAVE TO FILE A BRIEF
IN REPLY TO DEFENDANT'S REPLY BRIEF**

The defendant filed a motion to dismiss the plaintiffs' complaint. The plaintiffs opposed the motion. The defendant moved for leave to file a reply brief and filed its reply brief with the motion for leave. If the Court grants the defendant leave to file its brief and thereby considers the reply brief in deciding the dispositive motion, the plaintiffs respectfully request an opportunity to file a reply brief.

Respectfully submitted
The Plaintiffs, G. David Iverson, et al.
By their Attorneys,

/s/Nicholas S. Guerrera
Nicholas S. Guerrera, BBO#551475
Shaheen, Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, Massachusetts 01845
(978) 689-0800

## CERTIFICATE OF SERVICE

      I hereby certify pursuant to Fed. R. Civ. P. 5 that I served a true copy of this pleading on the defendant, through its counsel, by mail on this date.

Dated:  January 10, 2005                             /s/Nicholas S. Guerrera
                                                                            Nicholas S. Guerrera

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A) (2)

      I hereby certify that undersigned counsel, Nicholas S. Guerrera, for the plaintiffs, discussed the above motion with Kate Cook via telephone on, January 5, 2005, both in a good faith effort to resolve and narrow the issues presented by said motion, but that counsel were unable to resolve the issues prior to filing of the motion.

                                                                                       /s/Nicholas S. Guerrera
                                                                                       Nicholas S. Guerrera