UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11825-NMG

| | |
|---|---|
| ACCESS WITH SUCCESS, INC. and G. DAVID IVERSON, | )<br>)<br>) |
| Plaintiffs | ) |
| v. | ) LOCAL RULE 16.1 (D)<br>) CERTIFICATE OF PLAINTIFF |
| CITY OF BOSTON, MASSACHUSETTS | )<br>)<br>)<br>) |
| Defendant | ) |

Pursuant to Local Rule 16.1 (D)(3), the undersigned counsel and parties hereby certify that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course - and various alternatives courses - of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____
G. David Iverson
( NSG
Power of atty. )

_____
Nicholas S. Guerrera, BBO#551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978)689-0800

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail pursuant to Mass. R. Civ. P. 5.

*Nicholas S. Guerrera*
Nicholas S. Guerrera, BBO# 551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978)689-0800

Dated: January 10, 2005