UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB -1  P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| G. DAVID IVERSON <br> and ACCESS WITH SUCCESS, INC. <br><br> Plaintiffs <br> v. <br><br> CITY OF BOSTON, MASSACHUSETTS <br><br> Defendant | CIVIL ACTION NO.: 04-CV-11825NMG |

**MOTION OF THE PLAINTIFF, G. DAVID IVERSON,
TO COMPEL RESPONSES TO HIS FIRST
INTERROGATORIES TO THE DEFENDANT, CITY OF BOSTON**

The plaintiff, David Iverson, respectfully moves the Court pursuant to *Fed. R. Civ. P. 37(a)(2)(A)* and *Fed. R. Civ. P. 56(f)* for an order compelling the City of Boston to respond to the first set of eleven interrogatories attached hereto as Exhibit A. As grounds therefore, the plaintiff relies upon the facts and authorities set forth in the accompanying memorandum of law.

WHEREFORE, the plaintiff prays that his motion will be granted.

Respectfully submitted

The Plaintiff, G. David Iverson,

By his Attorneys,

1

_____
Nicholas S. Guerrera, BBO#551475
Shaheen, Guerrera & O'Leary, LLC.
Jefferson Office Park
820A Turnpike Street
North Andover, Massachusetts 01845
(978) 689-0800

### CERTIFICATE OF COMPLIANCE

Counsel for the moving party has in good faith conferred with counsel for the City of Boston in an effort to secure the requested discovery responses without Court action and to narrow the areas of disagreement to the greatest possible extent in accordance with *Fed. R. Civ. P. 37(a)(2)(A)* and *L.R. 37.1(A)*. The conferences were by telephone on January 19 and 20, 2005.

Dated: 1/31/05

_____
Nicholas S. Guerrera

### CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of this pleading on the defendant, through its counsel, by mail on this date pursuant to Fed. R. Civ. P. 5.

Dated: 1/31/05

_____
Nicholas S. Guerrera

2