UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

G. David Iverson and Access with Success, Inc.,
         Plaintiff(s)

v.                                          CIVIL ACTION NO.   04-11825-NMG

City of Boston
         Defendant(s)

## JUDGMENT IN A CIVIL CASE

Gorton , D.J.

☐  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED;**

Counts I and II of the complaint are dismissed with prejudice and Count III is dismissed without prejudice to refiling after administrative remedies have been exhausted

SARAH A. THORNTON, CLERK

Dated:   10/25/05              /s/ Craig J. Nicewicz
                               ( By )  Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____%.

(judgciv.frm - 10/96)                                                                                                          [jgm.]