*. 1983*
*2555*
*pcy*
*11-4-05*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

)
**G. DAVID IVERSON and** )
**ACCESS WITH SUCCESS, INC.,** )
**Plaintiffs** )
)     **CIVIL ACTION NO. 04-CV-11825-NMG**
**v.** )
)
**THE CITY OF BOSTON,** )
**Defendant** )
)

### NOTICE OF APPEAL

Notice is hereby given that the plaintiffs, Access with Success, Inc. and G. David

Iverson, in the above-named case hereby appeal to the United States Court of Appeals for the

First Circuit from an order granting summary judgment on Counts I and II of their Complaint

and Jury Demand, denying the plaintiffs' motion pursuant to Fed. R. Civ. P. 59(e) for

reconsideration of the Court's Order granting summary judgment on Counts I and II, and the

corresponding judgment entered in this action on the 26th day of October 2005.

Respectfully submitted,

The Plaintiffs,
G. DAVID IVERSON, et al.,

By their Attorney,

Nicholas S. Guerrera, BBO#651475
Shaheen, Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
Dated: November 3, 2005     (978) 689-0800

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the
above document was served upon the attorney of record
for each party by mail/by hand/in person to their
Dated: 11/3/05    N. Guerrera