Judge Gorton
04-11825
USDCMA

# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 05-2697

G. DAVID IVERSON AND ACCESS WITH SUCCESS, INC.,

Plaintiffs, Appellants,

v.

CITY OF BOSTON,

Defendant, Appellee.

---

**JUDGMENT**

Entered: June 30, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

/s/
Deputy Clerk
Date: 7/24/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Nicholas S. Guerrera, Esq., Kate Cook, Esq.]